UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL HIGHTOWER, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CELESTRON ACQUISITION, LLC, et al.,<br><br>  Defendants. | Case No.  5:20-cv-03639-EJD<br><br>**ORDER CONSOLIDATING CASE**<br><br>Re: Dkt. No. 102 |

Per the Court's Order Granting Plaintiffs' Motion to Consolidate Actions (Dkt. No. 55), the related case *Riley v. Celestron Acquisition, LLC*, 20-cv-06527-BLF, shall be consolidated with this case.  The Clerk of Court shall close case number 20-cv-06527-BLF.

**IT IS SO ORDERED.**

Dated: October 5, 2020

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:20-cv-03639-EJD
ORDER CONSOLIDATING CASE

1