09:02AM  1

2                    UNITED STATES DISTRICT COURT

3              FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                         SAN JOSE DIVISION

5

6    IN RE TELESCOPES ANTITRUST
     LITIGATION                    CASE NO.  CV-20-03639 EJD

7    _____       SAN JOSE, CALIFORNIA
     THIS DOCUMENT RELATES TO:
8    ALL INDIRECT PURCHASER ACTIONS  OCTOBER 31, 2024

9                                    PAGES 1 - 27

10

11                   TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE EDWARD J. DAVILA
                  UNITED STATES DISTRICT JUDGE
12

13   A-P-P-E-A-R-A-N-C-E-S

14   FOR THE PLAINTIFFS:    COTCHETT PITRE & MCCARTHY LLP
                            BY:  ADAM J. ZAPALA
15                          840 MALCOLM ROAD, SUITE 200
                            BURLINGAME, CALIFORNIA 94010

16

17   FOR THE DEFENDANT     FROST LLP
     TELEPHONICALLY:       BY:  CHRISTOPHER L. FROST
18                         10960 WILSHIRE BOULEVARD, SUITE 2100
                           LOS ANGELES, CALIFORNIA 90024

19                         FROST LLP
                           BY:  JOSHUA STAMBAUGH
20                         10960 WILSHIRE BOULEVARD, SUITE 2100
                           LOS ANGELES, CALIFORNIA 90024

21

22              (APPEARANCES CONTINUED ON THE NEXT PAGE.)

23   OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                 CERTIFICATE NUMBER 8074

24

25        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
     TRANSCRIPT PRODUCED WITH COMPUTER.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

A P P E A R A N C E S:  (CONT'D)

ALSO PRESENT:                    BRAUNHAGEY & BORDEN LLP
                                 BY:  MATTHEW B. BORDEN
                                 747 FRONT STREET, 4TH FLOOR
                                 SAN FRANCISCO, CALIFORNIA 94111

```
          1    SAN JOSE, CALIFORNIA                    OCTOBER 31, 2024

          2                       P R O C E E D I N G S

          3

09:19AM   4         (COURT CONVENED AT 9:19 A.M.)

09:19AM   5              THE COURT:  THANK YOU.  PLEASE BE SEATED.  LET'S

09:19AM   6    CALL OUR MORNING MATTER, OUR 9:00 O'CLOCK MATTER.  IT'S NOW,

09:19AM   7    THE RECORD SHOULD REFLECT, IT'S 9:20 PACIFIC STANDARD TIME.

09:19AM   8         LET'S CALL 20-3639, HIGHTOWER VERSUS CELESTRON.

09:20AM   9         MAY I HAVE THE APPEARANCE OF THE PARTIES, PLEASE.

09:20AM  10              MR. ZAPALA:  THANK YOU, YOUR HONOR.

09:20AM  11    MAY I APPROACH?

09:20AM  12              THE COURT:  YES.

09:20AM  13              MR. ZAPALA:  GOOD MORNING, YOUR HONOR.

09:20AM  14         ADAM ZAPALA FROM COTCHETT PITRE & MCCARTHY FOR THE

09:20AM  15    INDIRECT PURCHASER PLAINTIFFS.

09:20AM  16              THE COURT:  THANK YOU.  GOOD MORNING.

09:20AM  17              MR. ZAPALA:  GOOD MORNING.

09:20AM  18              THE COURT:  AND I SEE THE DEFENDANT'S CHAIR EMPTY.

09:20AM  19    IS ANYONE HERE FOR DEFENDANT?

09:20AM  20              MR. FROST:  THANK YOU, YOUR HONOR.  GOOD MORNING.

09:20AM  21         THIS IS CHRISTOPHER FROST OF FROST LLP ON BEHALF OF THE

09:20AM  22    DEFENDANTS.  MY SINCERE APOLOGIES THAT WE HAVE TO APPEAR BY

09:20AM  23    TELEPHONE TODAY.

09:20AM  24              THE COURT:  THANK YOU, MR. FROST.  THANK YOU FOR

09:20AM  25    JOINING.
```

09:20AM 1      I THINK YOUR ASSOCIATE, JOSHUA STAMBAUGH, WAS ASSIGNED TO

09:20AM 2  APPEAR.  WE RECEIVED A MESSAGE JUST BEFORE 9:00 O'CLOCK,

09:20AM 3  SOMETHING ABOUT A FLIGHT DELAY, AND THEN IN A SUBSEQUENT

09:20AM 4  REQUEST, THAT IN MR. STAMBAUGH'S OPINION THE MATTER MIGHT BE

09:20AM 5  RESOLVED BY US PASSING THE MATTER AND CALLING IT LAST ON OUR

09:20AM 6  CALENDAR.

09:20AM 7      I REALLY APPRECIATE HIS DESIRE TO HELP ME MANAGE MY

09:20AM 8  CALENDAR, BUT I WOULD PREFER TO CALL THE MATTER NOW IF THAT'S

09:21AM 9  ALL RIGHT WITH YOU, SIR, AND MR. STAMBAUGH?

09:21AM 10          MR. FROST:  YES, OF COURSE.  WE APPRECIATE YOUR

09:21AM 11  INDULGENCE.  MY APOLOGIES AGAIN.

09:21AM 12          THE COURT:  WELL, THANK YOU.  LET'S GET TO THE

09:21AM 13  BUSINESS AT HAND.  THIS IS A MOTION FOR PRELIMINARY APPROVAL OF

09:21AM 14  SETTLEMENT, AND I DID RECEIVE THE DOCUMENTS REGARDING

09:21AM 15  SETTLEMENT.

09:21AM 16      LET ME, LET ME TURN THEN TO MR. ZAPALA.  WHY SHOULD THE

09:21AM 17  COURT GRANT PRELIMINARY APPROVAL HERE?

09:21AM 18          MR. ZAPALA:  THANK YOU, YOUR HONOR.

09:21AM 19      ADAM ZAPALA AGAIN FOR THE INDIRECT PURCHASER PLAINTIFFS.

09:21AM 20      WE'RE PLEASED TO PRESENT THIS SETTLEMENT.  WE THINK IT'S

09:21AM 21  AN EXCELLENT RESULT FOR THE INDIRECT PURCHASER CLASS.

09:21AM 22      THIS SETTLEMENT INCLUDES $32 MILLION IN REMUNERATION FOR

09:21AM 23  CLASS MEMBERS, WHICH WE BELIEVE IS AN EXCELLENT RECOVERY BOTH

09:21AM 24  IN LIGHT OF THE FACTS AND CIRCUMSTANCES OF THIS CASE BUT ALSO

09:21AM 25  OBVIOUSLY THE EXPERIENCE OF EXPERIENCED CLASS COUNSEL IN

09:21AM 1      ANTITRUST CASES.

09:22AM 2          THE FIRST THING I WILL TALK ABOUT IS SORT OF THE

09:22AM 3      PROCEDURAL FAIRNESS OF THE SETTLEMENT AND THE FACTORS THAT

09:22AM 4      COURTS IN THE NINTH CIRCUIT LOOK AT AT PRELIMINARY APPROVAL AND

09:22AM 5      WHAT IS NOW UNDER RULE 23 A MOTION TO DIRECT NOTICE TO THE

09:22AM 6      CLASS.

09:22AM 7          FIRST, THIS WAS NOT A FILE AND SETTLE KIND OF CASE AS IS

09:22AM 8      OBVIOUS FROM THE MANY ENTRIES IN YOUR DOCKET.  THERE'S BEEN

09:22AM 9      EXTENSIVE LITIGATION IN YOUR CASE, EXTENSIVE DISCOVERY, MOTIONS

09:22AM 10     PRACTICE, MOTIONS TO COMPEL.  AND WHAT THAT MEANS IS THAT THE

09:22AM 11     PARTIES WERE FULLY INFORMED ABOUT THE STRENGTHS AND WEAKNESSES

09:22AM 12     OF THE CASE WHEN THEY NEGOTIATED THE SETTLEMENT.  SO THAT'S ONE

09:22AM 13     ISSUE TO LOOK AT IN TERMS OF PROCEDURAL FAIRNESS, THE AMOUNT OF

09:22AM 14     LITIGATION THAT OCCURRED.  AND OBVIOUSLY, I THINK WE PUT IT IN

09:22AM 15     OUR PAPERS, BUT THE INDIRECT PURCHASER PLAINTIFFS EXPENDED IN

09:22AM 16     LODESTAR ABOUT $11 MILLION.  SO IN TERMS OF TIME WORKED ON THE

09:22AM 17     CASE, IT'S BEEN EXTENSIVE.  YOUR HONOR HAS RULED ON A NUMBER OF

09:22AM 18     PLEADING CHALLENGES.

09:22AM 19         IN ADDITION, THE SETTLEMENT PROCESS WAS OVERSEEN BY A

09:23AM 20     NATIONALLY RENOWNED MEDIATOR, A FORMER MAGISTRATE JUDGE OF THE

09:23AM 21     CENTRAL DISTRICT, JUDGE SEGAL, AND THERE WERE PROTRACTED

09:23AM 22     NEGOTIATIONS.

09:23AM 23         THIS WAS, AGAIN, NOT A FILE AND SETTLE SORT OF CASE.

09:23AM 24     THERE WAS AN INITIAL MEDIATION TWO YEARS AGO THAT WAS

09:23AM 25     UNSUCCESSFUL, ANOTHER MEDIATION OCCURRING A YEAR AFTER THAT

09:23AM 1    THAT RESULTED IN A MEDIATOR'S PROPOSAL THAT BOTH SIDES

09:23AM 2    EXPECTED.  SO THE ENTIRE MEDIATION PROCESS HAS BEEN OVERSEEN BY

09:23AM 3    A FORMER FEDERAL JUDGE.

09:23AM 4        AND THEN IN ADDITION TO THAT, IN TERMS OF THE TERMS OF THE

09:23AM 5    SETTLEMENT, THERE'S NO SIGNS OF COLLUSION, THERE'S NO CLEAR

09:23AM 6    SAILING PROVISIONS OR ANYTHING LIKE THAT.  THERE'S NO REVERSION

09:23AM 7    TO THE DEFENDANT.  SO A $32 MILLION DEAL, NONE OF THAT REVERTS

09:23AM 8    TO THE DEFENDANT.

09:23AM 9        SO IN TERMS OF PROCEDURAL FAIRNESS, WE BELIEVE ALL OF THE

09:23AM 10   SIGNS POINT TOWARDS APPROVAL.  THE NEGOTIATIONS WERE ARM'S

09:23AM 11   LENGTH.  AGAIN, THERE WERE 3.9 MILLION DOCUMENTS PRODUCED IN

09:23AM 12   THIS CASE, AND MANY OF THOSE HAVE BEEN REVIEWED AT THE TIME OF

09:23AM 13   SETTLEMENT.

09:23AM 14       IN TERMS OF SUBSTANTIVE FAIRNESS, OF COURSE, AGAIN,

09:24AM 15   32 MILLION IS REAL MONEY.  THIS IS AN INDIRECT PURCHASER CASE.

09:24AM 16   THEY'RE NOTORIOUSLY DIFFICULT AND COMPLEX AND OFTEN RESULTS IN

09:24AM 17   ZERO RECOVERY FOR THE CLASS, EITHER BECAUSE OF CLASS

09:24AM 18   CERTIFICATION DENIAL OR OTHER COMPLEXITIES THAT ARISE IN THE

09:24AM 19   CONTEXT OF COMPLEX LITIGATION.

09:24AM 20       IT'S BEEN CASE LAW FOR -- SORT OF BEDROCK CASE LAW IN THE

09:24AM 21   NINTH CIRCUIT THAT SETTLEMENTS ARE FAVORED IN ANTITRUST CLASS

09:24AM 22   ACTIONS, AND THAT'S WHAT THIS IS.

09:24AM 23       THE VOLUME OF COMMERCE IN THIS CASE HAS BEEN CALCULATED BY

09:24AM 24   OUR EXPERTS AT A LITTLE OVER 600 MILLION.  SO WHAT THAT MEANS

09:24AM 25   IS DURING THE CLASS PERIOD THERE WERE 600 MILLION IN SALES IN

09:24AM 1     TELESCOPES IN THE INDIRECT CASES.  SO IF YOU LOOK AT THE

09:24AM 2     32 MILLION, YOU'RE TALKING ABOUT A 5 PERCENT OVERCHARGE, AND

09:24AM 3     THAT COMES OUT TO 32 MILLION, WHICH IS EXACTLY WHAT THE

09:24AM 4     RECOVERY IS.

09:24AM 5         SO, AGAIN, IN TERMS OF THE AMOUNT OF MONEY GOING TO THE

09:24AM 6     CLASS, WE THINK IT'S MORE THAN FAIR AND ADEQUATE.  AND AGAIN,

09:24AM 7     IT'S SUPPORTED BY SOPHISTICATED COUNSEL.  THESE ARE THE ONLY

09:24AM 8     KIND OF CASES THAT I DO.  I KNOW THAT'S TRUE OF MY COLLEAGUES

09:25AM 9     AS WELL, MS. SRINIVASAN FROM SUSMAN GODFREY AND MS. CHAN FROM

09:25AM 10    LIEFF, CABRASER, HEIMANN & BERNSTEIN.

09:25AM 11        SO THESE FIRMS AND THE ATTORNEYS WORKING ON THE CASE ARE

09:25AM 12    REALLY EXPERIENCED ANTITRUST COUNSEL, AND, AGAIN, THEIR

09:25AM 13    RECOMMENDATION THAT THE COURT APPROVE IT CARRIES WEIGHT GIVEN

09:25AM 14    THAT KIND OF EXPERIENCE.

09:25AM 15        IN ADDITION TO SORT OF ALL OF THE SIGNS ABOUT THE FAIRNESS

09:25AM 16    OF THE SETTLEMENT, WE BELIEVE WE HAVE PROMULGATED OR SET FORTH

09:25AM 17    A MULTI LAYERED NOTICE PLAN TO REACH NOTICE TO THE CLASS.  THAT

09:25AM 18    INCLUDES INDIVIDUAL NOTICE BOTH BY EMAIL AND U.S. MAIL, ALSO

09:25AM 19    EARNED AND UNEARNED MEDIA AND TARGETED ADVERTISING ON SOCIAL

09:25AM 20    MEDIA TO INFORM THOSE CLASS MEMBERS WHO MAYBE DIDN'T RECEIVE

09:25AM 21    INDIVIDUAL NOTICE ABOUT THEIR RIGHTS.

09:25AM 22        ALL OF THAT INFORMATION IN TERMS OF THE NOTICE PROGRAM CAN

09:25AM 23    BE FOUND IN THE DECLARATION OF CARLA PEAK, WHICH WAS SUBMITTED

09:25AM 24    ALONG WITH THE MATERIALS.  AGAIN, WE SUBMIT THAT THAT NOTICE

09:25AM 25    PLAN IS BOTH CONSISTENT WITH RULE 23 AND DUE PROCESS.

09:26AM 1          AND THEN FINALLY, WE'VE SET FORTH A SORT OF SCHEDULE KEYED

09:26AM 2     OFF OF THE DATE THAT IN THE EVENT THAT THE COURT FINDS THE

09:26AM 3     SETTLEMENT WORTHY OF PRELIMINARY APPROVAL, WE'VE SET FORTH A

09:26AM 4     SCHEDULE FOR SORT OF NOTICE AND OBJECTIONS, EXCLUSIONS, AND

09:26AM 5     THEN ULTIMATELY THE FINAL APPROVAL HEARING.

09:26AM 6          I'M HAPPY TO ANSWER ANY QUESTIONS THAT THE COURT MAY HAVE

09:26AM 7     ABOUT THE SETTLEMENT.

09:26AM 8               THE COURT:  THANK YOU.  THANK YOU VERY MUCH.

09:26AM 9               INITIALLY, MR. FROST, ANY COMMENTS THAT YOU WOULD LIKE TO

09:26AM 10    MAKE INITIALLY BEFORE I ASK A FEW QUESTIONS?

09:26AM 11              MR. FROST:  NONE, YOUR HONOR.  THANK YOU.  I THINK

09:26AM 12    MR. ZAPALA DID A FINE JOB OF EXPLAINING THE SORT OF UPS AND

09:26AM 13    DOWNS OF THE SETTLEMENT AND HOW WE GOT THERE.

09:26AM 14              THE COURT:  OKAY.  THANK YOU.

09:26AM 15         I'M JUST CURIOUS, MY FIRST QUESTION IS JUST ABOUT DO YOU

09:26AM 16    HAVE ANY EXPECTATION OF WHAT EACH CONSUMER MIGHT RECEIVE?  AND

09:26AM 17    I KNOW IT'S DEPENDENT ON CLAIM NUMBERS AND THOSE THINGS.

09:26AM 18              MR. ZAPALA:  YEAH.

09:26AM 19              THE COURT:  I THINK YOUR PAPERS SUGGEST THAT YOU'RE

09:26AM 20    GOING TO BE ABLE TO REACH 80 PERCENT OF PURCHASERS, IS THAT --

09:27AM 21              MR. ZAPALA:  WITH THE NOTICE PROGRAM, WITH THE

09:27AM 22    NOTICE PROGRAM.

09:27AM 23              THE COURT:  RIGHT.

09:27AM 24              MR. ZAPALA:  YEAH, THAT'S THE SUGGESTION IN TERMS OF

09:27AM 25    -- THAT'S WHAT NOTICE PROVIDERS SHOOT FOR IN TERMS OF WHEN

09:27AM 1    THEY'RE CRAFTING A NOTICE PROGRAM, THEY SHOOT FOR A REACH OF

09:27AM 2    80 PERCENT.  IT'S CALLED A REACH.  IT'S SORT OF A TERM THAT IS

09:27AM 3    USED IN MEDIA AND ADVERTISING.  THERE'S A COMPLICATED

09:27AM 4    CALCULATION THAT GOES INTO IT, BUT VERITA, WHICH IS THE NOTICE

09:27AM 5    PROVIDER, DID OPINE THAT THE NOTICE PROGRAM WOULD REACH

09:27AM 6    80 PERCENT OF THOSE CLASS MEMBERS.

09:27AM 7              THE COURT:  OKAY.

09:27AM 8              MR. ZAPALA:  BOTH THROUGH -- AGAIN, WE DON'T HAVE --

09:27AM 9    WE HAVE EMAIL AND MAILING ADDRESSES FOR SOME PORTION OF THE

09:27AM 10   CLASS, BUT IT'S NOT THE ENTIRE CLASS.  WE ESTIMATE THE CLASS TO

09:27AM 11   BE LARGER THAN THAT.  AND THAT'S WHERE THE MEDIA PROGRAM COMES

09:27AM 12   IN TO TRY TO REACH THOSE EXTRA CLASS MEMBERS.

09:27AM 13       THAT SAID, WE DO HAVE -- AGAIN, WE ESTIMATE THE CLASS TO

09:27AM 14   BE AROUND 4 MILLION.  WE HAVE SOMETHING LIKE 2.5 MILLION

09:27AM 15   RECORDS GIVEN A LOT OF THESE PURCHASES OCCUR OVER AMAZON.  SO

09:28AM 16   COMPARED TO MANY OF MY CASES, WE ACTUALLY HAVE A LOT OF CONTACT

09:28AM 17   INFORMATION, UNLIKE A LOT OF INDIRECT PURCHASER CASES.

09:28AM 18       IN TERMS OF YOUR QUESTION ABOUT HOW MUCH EACH CONSUMER

09:28AM 19   WILL TAKE, AGAIN, IT VERY MUCH DEPENDS ON THE CLAIMS RATE.

09:28AM 20   WE'RE GOING TO DO EVERYTHING WE CAN TO MAKE SURE THAT CLAIMS

09:28AM 21   RATE IS AS HIGH AS POSSIBLE.  UNFORTUNATELY, INDIRECT PURCHASER

09:28AM 22   CASES ARE PLAGUED BY LOW CLAIMS RATES, AND ONE OF THE REASONS

09:28AM 23   IS THAT IT'S THE NATURE OF CLASS ACTIONS.  SOME PEOPLE HAVE

09:28AM 24   LESS IN PURCHASERS, AND, THEREFORE, DON'T TAKE THE TIME TO SEND

09:28AM 25   IN THE CLAIM FORM.  BUT AGAIN, WE'RE TRYING TO MAKE THAT

09:28AM  1    PROCESS AS EASY AS POSSIBLE.

09:28AM  2          IT'S DIFFICULT IN INDIRECT PURCHASERS CASES BECAUSE THE

09:28AM  3    DATA THAT YOU GET FROM THE DEFENDANT IS NOT IN PRIVITY WITH

09:28AM  4    YOUR CLIENTS.  YOU HAVE TO GET IT FROM THIRD PARTIES, WHICH

09:28AM  5    WE'VE DONE.

09:28AM  6          ONE OF THE THINGS I'M DOING IN INDIRECT PURCHASER CASES

09:28AM  7    THAT I THINK IS REAL BENEFIT TO THE CLASS AND TO GET THE CLAIMS

09:28AM  8    UP IS WE'RE USING THAT INTERMEDIARY DATA THAT WE RECEIVE.

09:28AM  9    USUALLY IT'S NOT 100 PERCENT BECAUSE, YOU KNOW, WE MAY NOT HAVE

09:29AM  10   SUBPOENAED FROM ALL OF THE DISTRIBUTORS.  THERE MAY BE CERTAIN

09:29AM  11   TIME PERIODS THAT DISTRIBUTORS DON'T HAVE THAT DATA FOR PART OF

09:29AM  12   YOUR CLASS PERIOD.

09:29AM  13         SO IT'S ALWAYS UNDER -- IT DOESN'T COVER THE ENTIRE CLASS,

09:29AM  14   BUT WHAT WE'VE ENDED UP DOING AND WHAT WE'RE DOING IN THIS CASE

09:29AM  15   IS WE'RE GOING TO FILL IN THE CLAIM FORMS WITH DATA THAT WE

09:29AM  16   HAVE.  AND CLASS MEMBERS COULD SIGN THAT CLAIM FORM WITHOUT

09:29AM  17   DOING ALMOST ANYTHING ELSE, YOU KNOW, PROVIDING PURCHASE

09:29AM  18   RECORDS OR ANYTHING LIKE THAT.

09:29AM  19         WE THINK THAT'S A REAL BENEFIT.  WE'VE NOTICED IN OUR

09:29AM  20   CASES WHERE WE'VE DONE THAT AND GET MUCH HIGHER CLAIMS RATE,

09:29AM  21   AND WE REDUCE THE BARRIERS FOR PEOPLE PARTICIPATING IN THE

09:29AM  22   SETTLEMENT.  WE HAVE EVERY INTENTION OF DOING THAT HERE.  IT'S

09:29AM  23   PART OF OUR PLAN.

09:29AM  24         IN TERMS OF THE DISTRIBUTION PLAN, IT IS PRO RATA.  SO A

09:29AM  25   CLASS MEMBER'S SHARE OF THE SETTLEMENT WILL DEPEND ON, A, HOW

09:29AM  1    MANY PURCHASES THEY HAD IN TELESCOPES, ONE OR MORE; AND THEN

09:29AM  2    ALSO WHAT PERCENTAGE THOSE PURCHASES MAKE UP OF EVERYONE

09:29AM  3    CLAIMING.  SO IT'S KIND OF DEPENDENT ON TWO THINGS:  HOW MANY

09:29AM  4    PURCHASES THEY HAD AND THEN HOW MANY PEOPLE END UP CLAIMING.

09:30AM  5    AND THEN THEIR TAKE WOULD BE WHATEVER PERCENTAGE OF THEIR

09:30AM  6    PURCHASES.

09:30AM  7            THE COURT:  SURE.  SO DID I READ SOMETHING THAT SAID

09:30AM  8    THAT YOU ANTICIPATE 2 TO 3 PERCENT?

09:30AM  9            MR. ZAPALA:  THAT'S -- I MEAN, THE STUDIES SUGGEST

09:30AM  10   THAT THAT IS WHAT CLAIMS RATES ARE IN SORT OF SIMILAR CASES, SO

09:30AM  11   WE SET THAT OUT.

09:30AM  12       WE HAVE EVERY INTENTION OF BEATING THAT.  I THINK WE WILL.

09:30AM  13   I DO THINK RECENT CLAIMS RATES ARE DOING BETTER.  WE HAVE MORE

09:30AM  14   ELECTRONIC MEANS NOW TO REACH CLASS MEMBERS.  YOU KNOW, WE'RE

09:30AM  15   USING MORE INNOVATIVE TECHNIQUES TO REACH CLASS MEMBERS ASIDE

09:30AM  16   FROM JUST SNAIL MAIL, WHICH, FRANKLY, NOBODY READS ANYMORE AND

09:30AM  17   I THINK WAS A LOT OF THE WAYS MAYBE 20 YEARS AGO PEOPLE WERE

09:30AM  18   TRYING TO REACH CLASS MEMBERS, WHICH IS NOT VERY EFFECTIVE.

09:30AM  19       SO SOME OF THE STUDIES ARE BASED ON THAT REGIME AND THE

09:30AM  20   REGIME HAS VERY MUCH CHANGED.

09:30AM  21       IN ADDITION TO THAT, IN TERMS OF DISTRIBUTION, WE DO

09:30AM  22   INTEND ON DOING ELECTRONIC PAYMENTS WHERE WE CAN, AND, AGAIN,

09:30AM  23   WE FIND THAT THAT INCREASES THE CLAIMS RATE AS WELL.

09:30AM  24   SOMETIMES, BELIEVE IT OR NOT, WE SEND OUT CHECKS TO PEOPLE AND

09:31AM  25   THEY DON'T GET CASHED.

09:31AM  1          THE COURT:  I DO BELIEVE IT.  PEOPLE RECEIVE

09:31AM  2  SOMETHING, AND THEY DON'T KNOW WHAT A CHECK IS.

09:31AM  3          MR. ZAPALA:  RIGHT.

09:31AM  4          THE COURT:  SO IS THE CONSUMER TO RECEIVE THEN BASED

09:31AM  5  ON THE NUMBER OF RESPONSES, AND THERE'S A $32 MILLION, YOU'RE

09:31AM  6  RESERVING AND ASKING THAT THE COURT RESERVE 33 PERCENT FOR

09:31AM  7  ATTORNEYS' FEES AND COSTS?

09:31AM  8          MR. ZAPALA:  WE ARE.  WE HAVEN'T -- NOW, THAT'S WHAT

09:31AM  9  WE INTEND ON PUTTING IN THE NOTICE, YOUR HONOR, AND THAT'S JUST

09:31AM 10  A CEILING.  IT MAY BE THE CASE THAT WE COME IN AND ASK FOR LESS

09:31AM 11  THAN THAT.  IT MAY BE THE CASE THAT WE COME IN AND ASK FOR THAT

09:31AM 12  AND YOU AWARD LESS THAN THAT.

09:31AM 13      BUT WE LIKE TO PUT IN THE HIGH END NUMBER IN THE NOTICE SO

09:31AM 14  THAT NOBODY COULD BE PREJUDICED, RIGHT?  YOU CERTAINLY CAN'T

09:31AM 15  PUT IN 25 PERCENT AND THEN COME IN AND ASK FOR 33 PERCENT.

09:31AM 16          THE COURT:  SURE.

09:31AM 17          MR. ZAPALA:  SO WE PUT IN THE 33 AND A THIRD.  WE

09:31AM 18  HAVEN'T LANDED ON THAT YET.  IT IS CONSISTENT WITH WHAT OUR

09:31AM 19  LODESTAR IS IN THE CASE IN TERMS OF A LODESTAR CROSS-CHECK, BUT

09:31AM 20  OBVIOUSLY THAT WILL BE A FEE MOTION THAT WE'LL FILE WELL IN

09:31AM 21  ADVANCE OF THE OPT OUT AND OBJECTION DEADLINE, AND THEN THAT'S

09:32AM 22  SUBJECT TO YOUR HONOR'S DISCRETION AND NINTH CIRCUIT CASE LAW

09:32AM 23  AT FINAL APPROVAL.

09:32AM 24          THE COURT:  OF COURSE.  AND SO TELL ME WHAT THE --

09:32AM 25  I'M ASKING YOU TO DO THE MATH -- IF IT'S A 2 PERCENT OR A

09:32AM  1      3 PERCENT, CAN WE SAY A CONSUMER MIGHT RECEIVE?

09:32AM  2                  MR. ZAPALA:  OH, IN TERMS OF THE -- WHEW.

09:32AM  3                  THE COURT:  YOU NEED TO GET YOUR PHONE OUT.

09:32AM  4                  MR. ZAPALA:  YEAH, REALLY.

09:32AM  5          WELL, IF WE TOOK THE -- SO THERE'S 4 MILLION CLASS

09:32AM  6      MEMBERS, JUST APPROXIMATELY.  NOW, AGAIN, THAT'S AN ESTIMATE.

09:32AM  7      IT COULD BE WRONG.

09:32AM  8          BUT, YOU KNOW, IF YOU TOOK 32 MILLION DIVIDED BY 4, YOU

09:32AM  9      COULD COME UP WITH A NET OF OR SORT OF A GROSS, THAT WOULD BE

09:32AM 10      THE INDIVIDUAL TAKE.

09:32AM 11          AGAIN, IF WE WENT AND IF WE TOOK FEES OF 10 MILLION, YOU'D

09:32AM 12      BE TALKING ABOUT A $22 MILLION NET SETTLEMENT FUND, AND I'M NOT

09:32AM 13      SURE WHAT THAT COMES OUT TO.

09:32AM 14                  THE COURT:  MR. BORDEN IS CALCULATING IT FOR YOU

09:32AM 15      RIGHT NOW.

09:32AM 16                  MR. ZAPALA:  BUT, AGAIN, I MEAN, ROUGHLY, WE'RE

09:32AM 17      TALKING ABOUT A 5 PERCENT OVERCHARGE ON, YOU KNOW, THESE

09:32AM 18      PURCHASES AND THEN, OF COURSE, YOU'VE GOT FEES AND COSTS.

09:33AM 19          I THINK I PUT MY PHONE AWAY AND TURNED IT OFF.

09:33AM 20                  THE COURT:  I'M JUST -- I'M NOT GOING TO HOLD YOU TO

09:33AM 21      THIS FIGURE, BUT I THINK -- I'M JUST CURIOUS WHAT YOUR INITIAL

09:33AM 22      FIRST PASS THOUGHTS ARE.

09:33AM 23                  MR. ZAPALA:  YEAH.  AND THAT WOULD BE WITH THE

09:33AM 24      ENTIRE CLASS PARTICIPATING, OBVIOUSLY.

09:33AM 25                  THE COURT:  SURE.

| | | |
|---|---|---|
| 09:33AM | 1 | MR. ZAPALA:  AND THAT'S NOT GOING TO HAPPEN. |
| 09:33AM | 2 | THE COURT:  NO, NO. |
| 09:33AM | 3 | MR. ZAPALA:  SO THE PRO RATA TAKE OBVIOUSLY GOES UP |
| 09:33AM | 4 | FROM THERE. |
| 09:33AM | 5 | THE COURT:  RIGHT.  BUT IF YOU'VE GOT -- IF YOU HAVE |
| 09:33AM | 6 | 3 PERCENT -- |
| 09:33AM | 7 | MR. BORDEN HAS DONE THE MATH, HAVE YOU, MR. BORDEN? |
| 09:33AM | 8 | MR. BORDEN:  I DIDN'T QUITE HEAR ALL OF IT. |
| 09:33AM | 9 | MR. ZAPALA:  I CAN DO IT, YOUR HONOR. |
| 09:33AM | 10 | THE COURT:  SURE.  GO AHEAD. |
| 09:33AM | 11 | (PAUSE IN PROCEEDINGS.) |
| 09:33AM | 12 | THE COURT:  YOUR PHONE IS SMOKING THERE, MR. ZAPALA. |
| 09:33AM | 13 | MR. ZAPALA:  I'M PUTTING IT TO THE TEST, YEAH. |
| 09:34AM | 14 | (PAUSE IN PROCEEDINGS.) |
| 09:34AM | 15 | MR. ZAPALA:  I'LL JUST WALK THROUGH THE CALCULATION |
| 09:34AM | 16 | THAT I DID, AND HOPEFULLY I DID MY MATH RIGHT AND MY HIGH |
| 09:34AM | 17 | SCHOOL MATH TEACHERS COULD BE PROUD. |
| 09:34AM | 18 | I TOOK A NET SETTLEMENT AMOUNT OF I WILL CALL IT |
| 09:34AM | 19 | 22 MILLION AND SAY 10 MILLION COME OUT FOR COSTS AND FEES, AND |
| 09:34AM | 20 | THEN DIVIDED IT BY 120,000, WHICH IS 3 PERCENT OF 4 MILLION, I |
| 09:34AM | 21 | BELIEVE, AND THAT COMES OUT TO $183. |
| 09:34AM | 22 | THE COURT:  OKAY. |
| 09:34AM | 23 | MR. ZAPALA:  SO THAT WOULD BE THE PRO RATA TAKE IF |
| 09:34AM | 24 | THOSE METRICS HOLD UP. |
| 09:34AM | 25 | THE COURT:  SURE.  SURE.  AND FLUCTUATING FROM THAT |

09:34AM 1    IT COULD GO UP, IT COULD GO DOWN.

09:34AM 2            MR. ZAPALA:  IF MORE PEOPLE PARTICIPATE, OBVIOUSLY

09:34AM 3    THAT NUMBER WOULD GO DOWN.

09:34AM 4            THE COURT:  AND IT'S NOT DEPENDENT ON THE MODEL OF

09:35AM 5    TELESCOPE THAT THEY PURCHASED, IS IT?  IF SOMEONE PURCHASED A

09:35AM 6    HIGHER END TELESCOPE --

09:35AM 7            MR. ZAPALA:  WELL, IT IS IN SO FAR AS THE

09:35AM 8    5 PERCENT -- THE PERCENTAGE IS APPLIED TO A HIGHER NUMBER, SO

09:35AM 9    THE OVERCHARGE -- SO, FOR EXAMPLE, YOU KNOW A 5 PERCENT

09:35AM 10   OVERCHARGE ON A $100 TELESCOPE WOULD BE $5, AND A 5 PERCENT

09:35AM 11   OVERCHARGE ON A TELESCOPE THAT IS $1,000 IS MORE THAN THAT.

09:35AM 12       SO IT IS SOMEWHAT DEPENDENT BECAUSE SOMEONE WHO HAD $1,000

09:35AM 13   PURCHASE HAS A HIGHER PERCENTAGE OF THE PURCHASE TOTAL THAN THE

09:35AM 14   $100 PERSON IF THAT MAKES SENSE.

09:35AM 15           THE COURT:  SO THAT'S ANOTHER METRIC THAT HAS TO BE

09:35AM 16   MET.

09:35AM 17           MR. ZAPALA:  BECAUSE IT'S PRO RATA.

09:35AM 18           THE COURT:  SO THE $183 SOUNDS LIKE A GREAT NUMBER,

09:35AM 19   BUT SOMEONE WHO BOUGHT AN ENTRY LEVEL TELESCOPE FOR $150 IS

09:35AM 20   UNLIKELY TO GET THAT.

09:35AM 21       IS THAT FAIR?

09:35AM 22           MR. ZAPALA:  I THINK THAT'S FAIR.  AGAIN, I MEAN,

09:35AM 23   THE INDIVIDUAL CLAIMANT WILL TAKE WHATEVER THEIR CORRESPONDING

09:36AM 24   PERCENTAGE IS OF THE DENOMINATOR.  SO TO THE EXTENT THAT THEIR

09:36AM 25   PURCHASE MADE UP 1 PERCENT OF THE CLAIMING PURCHASES, THEY

09:36AM  1    WOULD GET 1 PERCENT OF THE NET SETTLEMENT FUND.

09:36AM  2                THE COURT:  OKAY.

09:36AM  3                MR. ZAPALA:  THAT'S THE NATURE OF A PRO RATA

09:36AM  4    DISTRIBUTION.

09:36AM  5                THE COURT:  SURE.

09:36AM  6                MR. ZAPALA:  AND I WILL SAY, AND I THINK WE SET

09:36AM  7    FORTH IN OUR PAPERS, BUT THAT'S THE STANDARD DISTRIBUTION

09:36AM  8    SCHEME IN AN ANTITRUST CASE.  AND I HAVE DONE LOTS OF THEM IN

09:36AM  9    MY CAREER, AND I CAN'T THINK OF A SINGLE DISTRIBUTION MECHANISM

09:36AM  10   WHERE WE HAVE NOT DONE IT IN THIS MANNER.

09:36AM  11               THE COURT:  SURE.  AND LET'S TALK ABOUT THE NOTICE

09:36AM  12   THEN.

09:36AM  13               MR. ZAPALA:  SURE.

09:36AM  14               THE COURT:  IN THE CASES THAT YOU'VE DONE, DO YOU

09:36AM  15   EVER NOTIFY THE CONSUMERS ABOUT WHAT PRO RATA MEANS TO THE

09:36AM  16   DETAIL THAT WE JUST DID?

09:36AM  17               MR. ZAPALA:  IT'S SET FORTH IN THE LONG FORM NOTICE,

09:36AM  18   AND I HAVE NEVER -- IT'S ALWAYS BEEN SET FORTH, FRANKLY, IN THE

09:36AM  19   MANNER THAT WE SET IT FORTH IN THIS NOTICE.

09:36AM  20               THE COURT:  RIGHT.

09:36AM  21               MR. ZAPALA:  IF YOU WOULD LIKE US TO DESCRIBE IT

09:36AM  22   MORE, WE CAN CERTAINLY DO THAT.

09:36AM  23               THE COURT:  THIS IS A WORK IN PROGRESS, "THIS" BEING

09:37AM  24   NOTICE TO THE CLASS.  AS YOU SAY, SOCIAL MAILS CHANGE.  AND DO

09:37AM  25   PEOPLE READ SNAIL MAIL ANYMORE?  I HOPE THEY DO.  WE WANT TO

09:37AM 1    KEEP THE POST OFFICE GOING.  THAT'S IMPORTANT.

09:37AM 2         BUT PEOPLE SHIFT TO ELECTRONIC COMMUNICATIONS, AND THEN WE

09:37AM 3    HAVE TO SHIFT OUR MESSAGING TO THEM BECAUSE WE KNOW PEOPLE

09:37AM 4    SPEND, WHAT, 1.2 SECONDS ON AN EMAIL LOOKING AT THE HEADER, AND

09:37AM 5    IT'S EASIER TO HIT DELETE THAN IT IS TO OPEN IT AND READ IT, SO

09:37AM 6    WE WANT TO CAPTURE AS MANY --

09:37AM 7         MR. ZAPALA:  RIGHT.  AND THAT'S WHY I REALLY THINK

09:37AM 8    THE MULTI LAYERED APPROACH IS THE BEST WAY TO GO.  BECAUSE IF

09:37AM 9    YOU JUST GO SNAIL MAIL, AND YOU'RE GIVING THEM ONE CHANCE, AND

09:37AM 10   IF YOU GO SNAIL MAIL AND MEDIA, YOU'RE INCREASING THE

09:37AM 11   LIKELIHOOD THAT YOU'LL CATCH THEIR ATTENTION.

09:37AM 12        THE COURT:  SURE.  OKAY.  SO LET'S -- LET ME --

09:37AM 13   LET'S SEE.  I DID HAVE SOME QUESTIONS ABOUT -- LET'S GO TO THE

09:37AM 14   CLAIM FORM FIRST.

09:37AM 15        MR. ZAPALA:  SURE.

09:37AM 16        THE COURT:  THAT'S EXHIBIT E I THINK.

09:37AM 17        MR. ZAPALA:  YES.

09:37AM 18        THE COURT:  AND ON THE CLAIM FORM, I THINK IT'S

09:38AM 19   PAGE 1 IS WHAT I'M LOOKING AT, ON THE BOTTOM IT SAYS -- AND

09:38AM 20   THERE'S CLAIM FORM, CLASS MEMBER INFORMATION.  THIS IS WHAT THE

09:38AM 21   CONSUMER WOULD FILL OUT --

09:38AM 22        MR. ZAPALA:  CORRECT.

09:38AM 23        THE COURT:  -- INITIALLY.  AND THIS IS GOING TO BE

09:38AM 24   DONE EITHER ON AN EMAIL FORM OR RETURN BY A SNAIL MAIL?

09:38AM 25        MR. ZAPALA:  YES, THIS CAN BE DONE -- SO THIS WILL

09:38AM  1    BE DOWNLOADED FROM THE WEBSITE SO CONSUMERS WILL GET A NOTICE.

09:38AM  2        IF THEY'RE GETTING A MAILED NOTICE, THEY WILL GET THE

09:38AM  3    CLAIM FORM.  IF THEY'RE GETTING AN EMAILED NOTICE BECAUSE WE

09:38AM  4    DON'T HAVE A RESIDENTIAL ADDRESS --

09:38AM  5            THE COURT:  RIGHT.

09:38AM  6            MR. ZAPALA:  -- THEY CAN USE THAT NOTICE TO GO ON

09:38AM  7    THE WEBSITE AND DOWNLOAD THE CLAIM FORM AND DO IT

09:38AM  8    ELECTRONICALLY.

09:38AM  9            THE COURT:  OKAY.  GREAT.

09:38AM 10            MR. ZAPALA:  AND THAT'S AVAILABLE TO ANYONE,

09:38AM 11    INCLUDING PEOPLE WHO ONLY RECEIVE THE NOTICE BY MAIL.  ANYONE

09:38AM 12    CAN SUBMIT ELECTRONICALLY OR REQUEST A PAPER COPY.

09:38AM 13            THE COURT:  OKAY.  SO ON THIS FORM I LOOKED BELOW

09:38AM 14    THE CLASS MEMBER INFORMATION, THIS IS THE INITIAL FORM THAT

09:38AM 15    THEY SAY, YES, I'D LIKE TO BE PART OF THIS CLASS OR THE CLAIM

09:38AM 16    FORM THEY HAVE TO FILL OUT.

09:39AM 17        THE LANGUAGE BELOW IN ITALICS SAYS, "FAILURE TO ADD YOUR

09:39AM 18    UNIQUE CLAIM I.D."  AND IF I'M A CONSUMER, I LOOK AT THIS AND I

09:39AM 19    THINK, OH, DEAR, WHERE IS MY UNIQUE CLAIM I.D.?

09:39AM 20            MR. ZAPALA:  THAT'S ON THE NOTICE ITSELF.

09:39AM 21            THE COURT:  OKAY.

09:39AM 22            MR. ZAPALA:  SO WHEN THEY RECEIVE NOTICE OF THE

09:39AM 23    SETTLEMENT, EACH NOTICE WILL HAVE A UNIQUE IDENTIFIER ON IT,

09:39AM 24    AND THEY JUST NEED TO INCLUDE THAT IN THE CLAIM FORM.

09:39AM 25            THE COURT:  OKAY.

09:39AM 1          MR. ZAPALA:  AND AGAIN, THAT LANGUAGE SOUNDS HARSH

09:39AM 2   IN A WAY, BUT THEY CAN CONTACT THE CLAIMS ADMINISTRATOR TO GET

09:39AM 3   THAT IF THEY LOSE IT.  IT'S NOT ALL IS LOST.  WE DO EVENTUALLY

09:39AM 4   NEED TO GET IT.  AND THE CLAIMS ADMINISTRATOR --

09:39AM 5          THE COURT:  HERE'S MY SUGGESTION, SHOULD WE --

09:39AM 6   "FAILURE TO ADD YOUR UNIQUE CLAIM I.D.," AND THEN IN

09:39AM 7   PARENTHESIS, "FOUND ON YOUR NOTICE," OR SOMETHING LIKE THAT?

09:39AM 8          MR. ZAPALA:  SURE.

09:39AM 9          THE COURT:  OR "SEE NOTICE," SOMETHING LIKE THAT.

09:39AM 10      AND THEN FLIPPING TO PAGE 2, PAYMENT SELECTION.

09:40AM 11         MR. ZAPALA:  YES.

09:40AM 12         THE COURT:  AND, YOU KNOW, OF COURSE -- PARDON ME.

09:40AM 13  AND I LOOK AT THAT AND I THINK DOES THAT MEAN I HAVE TO PAY OR

09:40AM 14  DOES THAT MEAN HOW I'M GOING TO RECEIVE?

09:40AM 15      SO SHOULD WE SAY, "HOW WOULD YOU LIKE TO RECEIVE YOUR

09:40AM 16  PAYMENT," OR SOMETHING LIKE THAT?

09:40AM 17         MR. ZAPALA:  ABSOLUTELY.

09:40AM 18         THE COURT:  AND THEN THEY UNDERSTAND, I THINK.

09:40AM 19  PARDON ME FOR -- YOU KNOW, I DON'T MEAN TO SAY I'M DUMBING THIS

09:40AM 20  DOWN, BUT I WANTED TO MAKE IT ACCESSIBLE FOR EVERYBODY.

09:40AM 21         MR. ZAPALA:  YOUR HONOR, NOT AT ALL.  I THINK THIS

09:40AM 22  IS A VERY USEFUL EXERCISE.  CLAIMS ADMINISTRATORS AND CLASS

09:40AM 23  COUNSEL GET INTO THESE RHYTHMS AND CERTAIN WAYS THAT THEY DO

09:40AM 24  THINGS, AND IT'S USEFUL TO HAVE THAT DISRUPTED IN A LOT OF

09:40AM 25  WAYS.

| | |
|---|---|
| 09:40AM | 1 |
| 09:40AM | 2 |
| 09:40AM | 3 |
| 09:41AM | 4 |
| 09:41AM | 5 |
| 09:41AM | 6 |
| 09:41AM | 7 |
| 09:41AM | 8 |
| 09:41AM | 9 |
| 09:41AM | 10 |
| 09:41AM | 11 |
| 09:41AM | 12 |
| 09:41AM | 13 |
| 09:41AM | 14 |
| 09:41AM | 15 |
| 09:41AM | 16 |
| 09:41AM | 17 |
| 09:41AM | 18 |
| 09:41AM | 19 |
| 09:41AM | 20 |
| 09:41AM | 21 |
| 09:41AM | 22 |
| 09:41AM | 23 |
| 09:41AM | 24 |
| 09:41AM | 25 |

1    THE COURT:  I JUST HAD A PASSING QUESTION ABOUT THIS

2    AS WELL.  THIS INFORMATION THAT IS OBTAINED HERE, IS THIS

3    CONFIDENTIAL, THE PAYPAL, THE ZELLE, AND THE VENMO, ALL OF

4    THOSE NUMBERS AND ALL OF THAT, IS THAT CONFIDENTIAL TO --

5    MR. ZAPALA:  WELL, WE HAVE EVERY INTENTION OF

6    KEEPING IT CONFIDENTIAL.  WHETHER IT'S CONSIDERED CONFIDENTIAL

7    IN SOME LIKE MACRO SENSE, I DON'T KNOW.  IT'S JUST AN ACCOUNT

8    NUMBER.

9    THE COURT:  YES.

10   MR. ZAPALA:  BUT OUR CLAIMS ADMINISTRATOR HAS

11   EXTENSIVE CONFIDENTIALITY PROTECTIONS AS ANY ENTITY DOES

12   NOWADAYS THAT HAS TO PROTECT DATA.

13   SO THIS ISN'T GOING TO BE SHARED -- THIS IS NOT SHARED

14   WITH ANYONE OTHER THAN THE CLAIMS ADMINISTRATOR AND THE CLASS

15   MEMBER, UNLESS THE CLASS MEMBER DISCLOSES IT TO SOMEBODY ELSE.

16   THE COURT:  SHOULD YOU TELL THEM THAT OR IS THAT

17   NECESSARY?

18   MR. ZAPALA:  SURE.  WE CAN PUT SOMETHING IN THERE

19   THAT SAYS, YOU KNOW, THE CLAIMS ADMINISTRATOR WILL KEEP THIS

20   INFORMATION CONFIDENTIAL.

21   THE COURT:  SOMETHING LIKE THAT.  OF COURSE THAT

22   CREATES -- I'LL SEE IN ABOUT ANOTHER YEAR AND A HALF -- SOME

23   BREACH OF LAWSUITS FROM THE CLAIMS ADMINISTRATOR, RIGHT?

24   MR. ZAPALA:  WHICH JUST HAPPENED, BELIEVE IT OR NOT.

25   WE HAD A DATA BREACH.  NOT OUR CLAIMS ADMINISTRATOR,

09:41AM 1    THANKFULLY, BUT A CLAIMS ADMINISTRATOR HAS HAD A DATA BREACH.

09:42AM 2              THE COURT:  RIGHT.  OKAY.  THAT WAS A QUESTION THAT

09:42AM 3    I HAVE.

09:42AM 4              MR. ZAPALA:  SURE.  I'VE NOTED IT, AND WE'LL MAKE

09:42AM 5    THAT CHANGE, YOUR HONOR.

09:42AM 6              THE COURT:  LET'S SEE.  THE OTHER QUESTION I HAD, DO

09:42AM 7    WE NEED TO DO ANY LANGUAGE ISSUES IN ANY OF THESE FORMS OR

09:42AM 8    NOTICES?

09:42AM 9              MR. ZAPALA:  THE NOTICES ARE PROVIDED -- WE DON'T

09:42AM 10   SEND THEM OUT IN THE FIRST LANGUAGE, BUT THEY ARE AVAILABLE ON

09:42AM 11   THE WEBSITE IN DIFFERENT LANGUAGES.  AND WE INTEND TO DO THAT

09:42AM 12   IN SPANISH -- AND I THINK JUST SPANISH.

09:42AM 13             THE COURT:  OKAY.  LET'S SEE.  THE EMAIL NOTICE IS

09:42AM 14   IN EXHIBIT B, I BELIEVE, IT'S 391-2B.

09:42AM 15             MR. ZAPALA:  I THINK EXHIBIT B AT LEAST I THINK IS

09:42AM 16   THE POSTCARD NOTICE, BUT THEY'RE FUNCTIONALLY VERY SIMILAR.

09:42AM 17             THE COURT:  YES, THEY ARE THE SAME, RIGHT.

09:42AM 18             MR. ZAPALA:  AND EXHIBIT A IS THE EMAIL NOTICE.

09:42AM 19             THE COURT:  GOT IT.  YES.  THANK YOU.

09:42AM 20        I'M LOOKING AT EXHIBIT A, THE EMAIL NOTICE, AND THERE'S A

09:43AM 21   LOT OF LANGUAGE THERE.

09:43AM 22             MR. ZAPALA:  UH-HUH.

09:43AM 23             THE COURT:  HOW DO WE KEEP SOMEONE'S ATTENTION?

09:43AM 24             MR. ZAPALA:  NUMBER ONE, I WILL SAY THAT VERITA HAS

09:43AM 25   OPINED IN THEIR DECLARATION THAT THIS DOES COMPLY WITH THE

09:43AM  1    PLAIN LANGUAGE REQUIREMENT.

09:43AM  2              THE COURT:  YES.

09:43AM  3              MR. ZAPALA:  IT'S A BALANCING ACT, RIGHT?

09:43AM  4         ON THE ONE HAND RULE 23 REQUIRES THAT YOU DISCLOSE CERTAIN

09:43AM  5    INFORMATION TO CLASS MEMBERS, ON THE OTHER YOU WANT TO KEEP IT

09:43AM  6    SIMPLE AND READABLE.  THIS IS THE BEST BALANCE THAT WE HAVE

09:43AM  7    COME UP WITH IN TERMS OF INFORMING THE CLASS MEMBERS OF THE

09:43AM  8    INFORMATION THAT THEY NEED TO KNOW ABOUT THE SETTLEMENT, AND

09:43AM  9    THAT'S REQUIRED BY RULE 23, FRANKLY.

09:43AM 10         IT'S ALWAYS A BALANCE, AND WE'RE HAPPY TO TAKE

09:43AM 11    SUGGESTIONS.  BUT I THINK I WILL SAY IN TERMS OF MY EXPERIENCE,

09:43AM 12    THIS IS VERY SIMILAR IN NATURE TO THE SHORT FORM NOTICES THAT

09:43AM 13    ARE OFTEN APPROVED BY DISTRICT COURTS.

09:43AM 14              THE COURT:  AND I GUESS WHAT REALLY POPULATES THIS

09:43AM 15    NOTICE IS THE PARTIES, DOESN'T IT?

09:43AM 16              MR. ZAPALA:  EXACTLY, YEAH.  I SUSPECT THAT CLASS

09:44AM 17    MEMBERS WILL GLOSS OVER THAT INFORMATION TO SOME DEGREE, RIGHT?

09:44AM 18    I DON'T KNOW THAT THEY'LL READ SYNTA CANADA INTERNATIONALLY

09:44AM 19    SUPER CLOSELY, BUT I THINK THEY'LL GET A SENSE OF WHO THE

09:44AM 20    PARTIES ARE.

09:44AM 21         ONE OF THE THINGS THAT ALSO TAKES UP A LOT OF SPACE IS THE

09:44AM 22    LISTING OF THE INDIRECT PURCHASER STATES, WHICH IS IMPORTANT

09:44AM 23    OBVIOUSLY FOR CLASS MEMBERS TO KNOW BECAUSE IF THEY KNOW, FOR

09:44AM 24    EXAMPLE, WELL, GEE, I ACTUALLY BOUGHT MY TELESCOPE IN TEXAS,

09:44AM 25    RIGHT, I SOMEHOW GOT THIS NOTICE.  THAT'S IMPORTANT FOR THEM TO

09:44AM  1    KNOW BECAUSE THEY WOULD KNOW ACTUALLY, A, THEY'RE NOT PART OF

09:44AM  2    THE CLASS ACTUALLY, BUT, B, THEY WOULDN'T BE ENTITLED TO

09:44AM  3    PARTICIPATE IN THE SETTLEMENT.

09:44AM  4         SO AGAIN, IT KIND OF MAKES IT LONGER, BUT IT'S NECESSARY

09:44AM  5    INFORMATION FOR CLASS MEMBERS.

09:44AM  6              THE COURT:  MAY I SUGGEST UNDER THE "WHO IS

09:44AM  7    INCLUDED," AND THEN THAT FIRST SENTENCE, MAYBE -- COULD WE BOLD

09:44AM  8    THAT?

09:44AM  9              MR. ZAPALA:  YES.  SURE.

09:44AM 10              THE COURT:  "RECORDS COLLECTED DURING THE LITIGATION

09:44AM 11    INDICATE THAT YOU MIGHT BE COVERED BY THE SETTLEMENT."

09:44AM 12              MR. ZAPALA:  UH-HUH.  BOLD THAT LANGUAGE?

09:45AM 13              THE COURT:  YES, I THINK SO.  THAT WOULD CAPTURE

09:45AM 14    SOMEONE'S ATTENTION, I THINK.

09:45AM 15         AND THESE NOTICES ARE TRYING TO -- PARDON ME, THAT'S THE

09:45AM 16    HOOK TO GET SOMEBODY TO COMPLETE THE APPLICATION.

09:45AM 17         WHAT DOES THE SETTLEMENT PROVIDE?  IF AGREED TO, CREATE

09:45AM 18    32 MILLION SETTLEMENT FUND TO PROVIDE CASH PAYMENTS TO CLASS

09:45AM 19    MEMBERS WHO SUBMIT A VALID CLAIM FORM.

09:45AM 20         MAYBE -- CAN WE PUT -- YOU TELL ME, TOO -- "YOU HAVE BEEN

09:45AM 21    IDENTIFIED AS A POTENTIAL," IN BOLD OR SOMETHING?

09:45AM 22              MR. ZAPALA:  IN THE FIRST PARAGRAPH?

09:45AM 23              THE COURT:  WELL, SHOULD WE PUT THAT IN, "WHAT DOES

09:45AM 24    THE SETTLEMENT PROVIDE?" CATEGORY ALSO.

09:45AM 25              MR. ZAPALA:  YOU WANT TO PUT THAT UNDER "WHO IS

09:45AM  1    INCLUDED?"

09:45AM  2              THE COURT:  "WHAT THE SETTLEMENT PROVIDES."

09:46AM  3              MR. ZAPALA:  GOT IT.

09:46AM  4              THE COURT:  MY SENSE IS THAT IF YOU ATTACH THE

09:46AM  5    POSSIBILITY THAT THEY ARE A PLAINTIFF, A VALID CLAIMANT NEXT TO

09:46AM  6    THE $32 MILLION, THAT PROBABLY GETS SOME ATTENTION.

09:46AM  7              MR. ZAPALA:  GOT IT.  WE'LL MAKE THAT CHANGE,

09:46AM  8    YOUR HONOR.  THANK YOU.

09:46AM  9              THE COURT:  JUST OWING TO HUMAN NATURE.

09:46AM  10             MR. ZAPALA:  YEAH.

09:46AM  11             THE COURT:  THOSE WERE REALLY THE ONLY SUGGESTIONS

09:46AM  12   THAT I HAD.

09:46AM  13        THE OPT-OUT TIME PERIOD AND THE TIME TO OBJECT.

09:46AM  14             MR. ZAPALA:  YES, THAT'S SET FORTH IN OUR MOTION ON

09:46AM  15   PAGE 24 WHICH WOULD BE CUED OFF OF 104 DAYS.  I KNOW IT SOUNDS

09:46AM  16   LIKE A STRANGE NUMBER, BUT 104 DAYS FROM THE PRELIMINARY

09:46AM  17   APPROVAL ORDER, WHICH IS REALLY ROUGHLY TWO MONTHS FROM WHEN

09:46AM  18   THIS GOES OUT.  WE WANT TO HAVE ENOUGH TIME THAT NOTICE GOES

09:46AM  19   OUT.  YOU KNOW, YOU'LL WANT AN OBJECTION EXCLUSION DEADLINE TO

09:47AM  20   WHEN NOTICE WENT OUT BECAUSE IT DOESN'T GIVE PEOPLE ENOUGH TIME

09:47AM  21   TO CONSIDER WHEN THEIR OPTIONS ARE.  SO NOTICE GOES OUT AND

09:47AM  22   THERE'S A TWO-MONTH PERIOD, A LITTLE OVER A TWO-MONTH PERIOD

09:47AM  23   FOR PEOPLE TO CONSIDER THE SETTLEMENT, CONSIDER WHETHER THEY

09:47AM  24   WANT TO REMAIN PART OF THE SETTLEMENT, AND CONSIDER WHETHER

09:47AM  25   THEY WANT TO OBJECT OR OPT OUT.

09:47AM 1          OBVIOUSLY IN THE INTERIM, THE MOTION FOR ATTORNEYS' FEES

09:47AM 2     WILL BE FILED BEFORE THAT SO THEY CAN SEE THAT AS WELL AND

09:47AM 3     DETERMINE WHETHER THEY WANT TO OBJECT TO THAT.

09:47AM 4          THE COURT:  OKAY.

09:47AM 5          MR. ZAPALA:  CONSISTENT WITH THE PROCEDURAL GUIDANCE

09:47AM 6     ON CLASS ACTION SETTLEMENTS IN THE NORTHERN DISTRICT.

09:47AM 7          THE COURT:  GREAT.  WELL, THOSE WERE THE ONLY

09:47AM 8     QUESTIONS THAT I HAD.

09:47AM 9          MR. FROST, ANYTHING YOU WOULD LIKE TO ADD, SIR?

09:47AM 10         MR. FROST:  NO, YOUR HONOR, NOTHING FROM DEFENDANTS.

09:47AM 11         THE COURT:  OKAY.  THANK YOU.  ANYTHING FURTHER,

09:47AM 12    MR. ZAPALA?

09:47AM 13         MR. ZAPALA:  NO, YOUR HONOR.  I'M HAPPY TO ANSWER

09:47AM 14    ANY QUESTIONS, BUT, AGAIN, I'M VERY PLEASED THAT WE CAN BRING

09:47AM 15    THIS LITIGATION TO A CLOSE AND TRY TO GET MONEY TO THE CLASS

09:47AM 16    MEMBERS.

09:47AM 17         THE COURT:  GREAT.  OKAY.  WELL, THANK YOU.  THANKS

09:48AM 18    FOR WALKING ME THROUGH THIS AND ANSWERING MY QUESTIONS.

09:48AM 19         I DO FIND THAT RULE 23 FACTORS HAVE BEEN MET HERE FOR

09:48AM 20    PRELIMINARY APPROVAL.  THIS DOES APPEAR TO BE AN APPROPRIATE

09:48AM 21    SETTLEMENT.  IT'S AN ARM'S LENGTH NEGOTIATION.  AS COUNSEL

09:48AM 22    SAID, THERE WERE SUBSTANTIAL MOTION PRACTICE, DISCOVERY

09:48AM 23    PRACTICE IN FRONT OF THE MAGISTRATE JUDGE, AND THE SETTLEMENT

09:48AM 24    DID ARISE FROM CONSIDERABLE TIME SPENT WITH A MAGISTRATE JUDGE.

09:48AM 25    SO I WILL GRANT PRELIMINARY APPROVAL OF THE SETTLEMENT.

| | | |
|---|---|---|
| 09:48AM | 1 | WHAT DATE SHOULD WE SET THEN FOR FINAL? |
| 09:48AM | 2 | MR. ZAPALA:  IF I MAY SUGGEST, YOUR HONOR, BECAUSE |
| 09:48AM | 3 | THE DATES ARE KEYED OFF OF YOUR PRELIMINARY APPROVAL ORDER, WE |
| 09:48AM | 4 | COULD SUBMIT A NEW PROPOSED ORDER THAT FIXES THOSE DATES -- |
| 09:48AM | 5 | THE COURT:  SURE. |
| 09:48AM | 6 | MR. ZAPALA:  -- ASSUMING THAT THE PRELIMINARY |
| 09:48AM | 7 | APPROVAL ORDER IS ENTERED SORT OF THE SAME DAY, OR WHATEVER. |
| 09:48AM | 8 | SO WE CAN DO THAT THROUGH YOUR WORK PORTAL, IF THAT'S EASIER |
| 09:49AM | 9 | FOR YOU? |
| 09:49AM | 10 | THE COURT:  THAT'S FINE.  IF YOU WANT TO SUBMIT |
| 09:49AM | 11 | SOMETHING OR PREPARE A FORM AND SUBMIT IT, AND THEN WE'LL SIGN |
| 09:49AM | 12 | IT, AND THEN THE DATES WILL BE FLOWING APPROPRIATELY. |
| 09:49AM | 13 | MR. ZAPALA:  WE'LL DO THAT.  THANK YOU. |
| 09:49AM | 14 | AND I THINK WE INCLUDED A PROPOSED ORDER, AND WHAT I'LL DO |
| 09:49AM | 15 | IS TAKE THAT PROPOSED ORDER AND PUT THE FIXED DATES ON THERE |
| 09:49AM | 16 | BASED ON TODAY'S DATE. |
| 09:49AM | 17 | THE COURT:  AND WE'LL CALENDAR IT ON A DATE THAT IS |
| 09:49AM | 18 | APPROPRIATE FOR OUR CALENDARS AS WELL THAT IS AS CLOSE AS |
| 09:49AM | 19 | POSSIBLE TO THE TARGET DATE. |
| 09:49AM | 20 | MR. ZAPALA:  RIGHT.  I THINK WE HAD SET FORTH, AND |
| 09:49AM | 21 | I'M NOT SURE WHAT THAT WOULD BE, BUT 154 DAYS FROM TODAY WOULD |
| 09:49AM | 22 | BE THE FINAL APPROVAL HEARING. |
| 09:49AM | 23 | SO I'M NOT SURE WHAT THAT IS, AND I DON'T KNOW IF THAT'S |
| 09:49AM | 24 | CONVENIENT FOR THE COURT, BUT WE'LL PUT THAT IN THE PROPOSED |
| 09:49AM | 25 | ORDER. |

09:49AM  1          THE COURT:  THAT'S GREAT.

09:49AM  2          MR. ZAPALA, I JUST WANT TO THANK YOU AND YOUR TEAM, AND,

09:49AM  3  MR. FROST, YOU AND YOUR TEAM FOR REACHING THIS SETTLEMENT.

09:49AM  4          JUST, MR. ZAPALA, IF YOU COULD OFFER YOUR ASSISTANCE IN

09:49AM  5  SETTLING ANY OTHER TELESCOPE CASES, WE WOULD BE GRATEFUL.

09:49AM  6          MR. ZAPALA:  YOUR HONOR, I WOULD BE MORE THAN HAPPY

09:49AM  7  TO DO THAT ONCE WE REACH FINAL APPROVAL, I CAN TURN MYSELF INTO

09:50AM  8  A MEDIATOR AND DO WHATEVER YOU NEED.  I'D BE HAPPY TO WORK FOR

09:50AM  9  FREE ON THAT.

09:50AM 10          THE COURT:  I DON'T KNOW.  IN THE UNIVERSE OF

09:50AM 11  TELESCOPE CASES AND LITIGATION THERE MIGHT BE SOME OTHER STRAY

09:50AM 12  COMMENT FLOATING OUT THERE THAT COULD BENEFIT FROM SOME

09:50AM 13  SUBSTANTIAL GRAVITY.

09:50AM 14          MR. ZAPALA:  I'M READY AND WILLING AND READY TO ROLL

09:50AM 15  UP MY SLEEVES, YOUR HONOR.

09:50AM 16          THE COURT:  GREAT.  THANK YOU.  SEE YOU SOON.  THANK

09:50AM 17  YOU.

09:50AM 18          (COURT CONCLUDED AT 9:50 A.M.)

        19

        20

        21

        22

        23

        24

        25

1

2

3                    CERTIFICATE OF REPORTER

4

5

6

7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16        IRENE RODRIGUEZ, CSR, RMR, CRR
          CERTIFICATE NUMBER 8074
17

18        DATED:  NOVEMBER 1, 2024

19

20

21

22

23

24

25